IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-04282-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

JOBADIAH SINCLAIR WEEKS,

Plaintiff,

v.

[NO NAMED RESPONDENT],

Respondent(s).

---

ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

Petitioner Jobadiah Sinclair Lewis lives in Sunny Isles Beach, Florida. On September 10, 2026, Mr. Lewis submitted to the Court *pro se* a “Notice of Continuing Tort Claims, Demand for Preservation of Evidence, Notice of Continuing Damages and Opportunity to Cure” (ECF No. 1) and a “Notice of Present Monetary Demand, Continuing Damages, and Demand for Compensation” (ECF No. 2). Although Mr. Lewis’s intentions are unclear, the Court has opened a new civil action.

As part of the Court’s review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this order. Mr. Lewis is directed to cure the following deficiencies to pursue any claims in this action.

Any papers that Mr. Lewis files in response to this order must be labeled with the civil action number identified on this order.

If Mr. Lewis did not intend to open a new civil action, he should so inform the Court.

**Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1) xx is not submitted (Mr. Lewis must submit a fully-completed Application for Leave to Proceed in District Court Without Prepaying Fees of Costs (Long Form).
(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) ___ is not on proper form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) xx other: Mr. Lewis may pay the applicable filing fee (depending on what type of claim he is asserting) instead of submitting the Application for Leave to Proceed in District Court Without Prepaying Fees of Costs (Long Form).

**Complaint, Petition or Application**:

(11) xx is not submitted (Mr. Lewis must submit his claims on the court-approved general Complaint form or other applicable court-approved pleading form)
(12) __ is not on proper form
(13) __ is missing an original signature by the prisoner
(14) __ is incomplete: must include supporting factual allegations for the claim(s)
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ other:

Mr. Lewis is advised that he may contact the Federal Pro Se Clinic at (303) 824-5395 or https://www.cobar.org/cofederalproseclinic for possible assistance in this

matter. The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Accordingly, it is

ORDERED that Mr. Lewis cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Mr. Lewis files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Mr. Lewis shall obtain the following court-approved forms from the Court's website at www.cod,uscourts.gov: (1) general Complaint form, along with the applicable instructions, or other appropriate pleading form; and (2) Application for Leave to Proceed in District Court Without Prepaying Fees of Costs (Long Form). Mr. Lewis shall use the court-approved forms to cure the filing deficiencies. It is

FURTHER ORDERED that if Mr. Lewis fails to cure the designated deficiencies by the deadline, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED September 11, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge