IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-04282-RTG

JOBADIAH SINCLAIR WEEKS,

Petitioner,

v.

[NO NAMED RESPONDENT],

Respondent(s).

---

ORDER OF DISMISSAL

---

Petitioner Jobadiah Sinclair Weeks lives in Sunny Isles Beach, Florida. On September 10, 2026, Mr. Weeks submitted to the Court pro se a “Notice of Continuing Tort Claims, Demand for Preservation of Evidence, Notice of Continuing Damages and Opportunity to Cure” (ECF No. 1) and a “Notice of Present Monetary Demand, Continuing Damages, and Demand for Compensation” (ECF No. 2). Based on these filings, the Clerk of the Court opened a new civil action.

In a September 11, 2026 Order (ECF No. 4), Magistrate Judge Richard T. Gurley directed Mr. Weeks to cure filling deficiencies within 30 days. Specifically, Mr. Weeks was instructed to submit his claims on a court-approved pleading form, and to file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) or pay the filing fee applicable to the type of claim he was asserting. (*Id.*). Magistrate Judge Gurley informed Mr. Weeks that copies of the necessary forms were available on the Court’s website at www.cod.uscourts.gov. (*Id.*). Mr. Weeks was warned that failure

to cure the deficiencies by the deadline would result in dismissal of this action without further notice. (*Id.*).

Mr. Weeks has now failed to cure the filing deficiencies as directed in the September 11 Order and he has not requested an extension of time to do so. Therefore, this action will be dismissed.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Petitioner Jobadiah Sinclair Weeks to cure filing deficiencies as directed in the September 11, 2026 Order. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE for the purpose of appeal. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Weeks files a notice of appeal he must also pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED October 22, 2026, at Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court